IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **RICHARD JACKSON JACOBS, #K8170** § | | **PETITIONER** |
| § | | |
| v. § | **CIVIL ACTION NO. 1:05CV130-LG-RHW** | |
| § | | |
| **WARDEN DOLAN WALLER,** § | | |
| **WILKINSON COUNTY** § | | |
| **CORRECTIONAl FACILITY, and** § | | |
| **MISSISSIPPI DEPARTMENT OF** § | | |
| **CORRECTIONS** § | | **RESPONDENTS** |

## JUDGMENT

This matter having come on to be heard on the Proposed Findings of Fact and Recommendations of United States Magistrate Robert H. Walker [56], the Court, after a full review and consideration of the Proposed Findings of Fact and Recommendations, the pleadings on file, and the relevant legal authority, finds that in accord with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that the Proposed Findings of Fact and Recommendations of Magistrate Judge Robert H. Walker entered on February 6, 2008, be, and the same hereby is, adopted as the finding of this Court. The Petitioner's Petition for Writ of Habeas Corpus is hereby denied and dismissed.

**SO ORDERED AND ADJUDGED** this the 6th day of March, 2008.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE